IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTORIA V. JONES,
      Plaintiff,

vs.                                        Case No.: 3:14cv154/LAC/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
      Defendant.
_____/

**REPORT AND RECOMMENDATION**

      This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits (doc. 1).  Now before the court is Defendant's "Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant" (doc. 10).  Defendant has certified that Plaintiff has no objection to this motion (*id.*).

      Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).  In the instant case, the Commissioner states that remand is appropriate to enable an Administrative Law Judge ("ALJ") to:

      further evaluate Plaintiff's claim.  On remand, the ALJ will further evaluate Plaintiff's mental impairment and determine whether her impairment meets or equals Listing 12.05.

(doc. 10 at 2).  Based upon the foregoing, this court concludes that good cause has been shown for remand.

      Accordingly, it is respectfully **RECOMMENDED**:

1.      That Defendant's "Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant" (doc. 10) be **GRANTED**, and the Commissioner's decision denying benefits be **REVERSED**.

2.      That this case be **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3.      That Defendant be ordered to conduct proceedings in accordance with this Report and Recommendation.

4.      That the clerk be directed to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

5.      That the clerk be directed to administratively close this file.

At Pensacola, Florida, this 18th day of July 2014.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**