IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTORIA V. JONES,
    Plaintiff,

vs.                                    Case No. 3:14cv154/LAC/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 18, 2014 (doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's "Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant" (doc. 10) is **GRANTED**, and the Commissioner's decision denying benefits is **REVERSED**.

3. This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation.

5. The clerk is directed to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

6. The clerk is directed to administratively close the file.

**DONE AND ORDERED** this 19th day of August, 2014.

             *s/L.A. Collier*
             **LACEY A. COLLIER**
             **SENIOR UNITED STATES DISTRICT JUDGE**